IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE PROCTER & GAMBLE COMPANY,**<br><br>and<br><br>**BILLIE, INC.,**<br><br>Defendants. | Civil Action No. 20-cv-03593-ABJ |

## JOINT MOTION FOR CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiff Federal Trade Commission and Defendants The Procter & Gamble Company and Billie, Inc. (collectively, "Defendants") jointly move the Court to enter a case management and scheduling order ("Case Management and Scheduling Order") governing discovery and other matters relevant to this litigation. In accordance with Rules 7(m) and 16.3(a) of the Rules of the U.S. District Court for the District of Columbia, all parties have conferred and agreed to submit this motion jointly. The text of the proposed Case Management and Scheduling Order is attached to this motion.

1

Date:  December 21, 2020

Respectfully submitted,

/s/ Jonathan H. Lasken
Jonathan Lasken (D.C. Bar  997251)
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Ave., NW
Washington, D.C. 20580
Telephone:  (202) 326-2064
Email:  jlasken@ftc.gov


Peter Richman
Brian Telpner
Greta Burkholder
Keitha Clopper
Clarke T. Edwards
Megan Henry
Marc W. Schneider
Attorneys
Federal Trade Commission
Bureau of Competition
Mergers III Division

*Counsel for Plaintiff Federal Trade Commission*

/s/ John M. Majoras
John M. Majoras
jmmajoras@jonesday.com
Goeffrey S. Irwin
Christopher N. Thatch
David T. Raimer
Nathaniel Ward
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Kate Wallace
kwallace@jonesday.com
JONES DAY
100 High Street
21st Floor
Boston, Massachusetts 02110-1781
Telephone: (617) 960-3939
Facsimile: (617) 449-6999

Brandy Hutton Ranjan
branjan@jonesday.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215-2673
Telephone: (614) 281-3838
Facsimile: (614) 461-4198

*Counsel for Respondent The Procter & Gamble Corporation*


/s/ Eric Mahr
Eric Mahr
ericmahr@freshfields.com
Julie Elmer
Andrew J. Ewalt
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, N.W.
10th Floor

Washington, D.C. 20005-3960
Telephone: (202) 777-4500
Fascimile: (202) 777-4455

*Counsel for Respondent Billie, Inc.*